Gilbert C. Davidson v. Caroline Buchanan and Others.— Motion for reargument denied, with ten dollars costs.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Gilbert C. Davidson v. Caroline Buchanan and Others.— Motion to resettle order granted.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

George Counes v. Charles Cranides and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of William C. Blake v. Andrew J. Maguire and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Mervyn Wolff v. Noel J. De Vaux and Others. — Motion denied, with ten dollars costs.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Mervyn Wolff v. Noel J. De Vaux and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

The Richardson Press v. Andrew Albright, Jr.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of Laurien C. Robertson v. Gustav Lange, Jr.— Motion denied, with ten dollars costs and stay vacated.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Lydia H. Kane and Others v. Mary J. Odell and Others.— Motion granted to extent of vacating stay.    Order to be settled on notice.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

National Nassau Bank of New York v. James C. Cleary.— If motion for reargument or to go to Court of Appeals is not made on next motion day, April 7, 1916, the stay granted pending decision of this motion will be vacated.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

Edward J. Walsh v. Mississippi Glass Company and Others. – The stay granted pending decision of this motion will be vacated unless appeal be argued on April 7, 1916.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of Christian E. Detmold, Deceased.  (6 cases.)— Motion denied, with ten dollars costs.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.